UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLYNE NERISSA JOHNSON,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MARCIA L. FUDGE, SECRETARY OF HUD, COMMISSIONER OF HOUSING URBAN DEVELOPMENT, et al.,<br><br>                    Defendants. | 21-CV-9648 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 2, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   February 2, 2022
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge